AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Robinson De La Cruz Hilario, | ) | |
| | ) | 26-607 (M) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __about February 2024 to June 24, 2026__ in the county of _____ in the

_____ District of __Puerto Rico__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communication of threats |
| 18 U.S.C. § 2252A (a)(2) | Receiving child pornography, or attempting to do so |
| 18 U.S.C. § 1466A | Receipt and Possession of Obscene visual representations of the sexual abuse of children |

This criminal complaint is based on these facts:

See attached affidavit.

Submitted by AUSA Camille Garcia Jimenez.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cristine Perez, Special Agent, FBI
_____
*Printed name and title*

Sworn in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone at 1:44 p.m. on 6/25/2026.

Date: __June 25, 2026__

Digitally signed by Hon.
Giselle López-Soler

_____
*Judge's signature*

City and state: __San Juan, Puerto Rico__

Giselle López-Soler, US Magistrate Judge
_____
*Printed name and title*